**No. P66/15.**—Lafayette Brass Mfg. Co., Inc., et al. *v.* United States, protests 63/16555, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hose nozzles similar in all material respects to those the subject of *United States* v.

*Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.